UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RAKIM PAULIN,

                              Plaintiff,

        -against-

CASE AGENT DETECTIVE RICHARD SASSI, JR.,

                              Defendants.
--------------------------------------------------------------X



## ORDER

Civil Action No.: 7:17-CV-05105-
KMK-PED

**IT IS HEREBY ORDERED,** that Defendant, CASE AGENT DETECTIVE RICHARD SASSI,

JR., by his attorneys, CATANIA, MAHON, & RIDER, PLLC, has leave of this Court to take the

deposition testimony of Inmate Plaintiff, RAKIM PAULIN, pursuant to Rule 30 of the Federal Rules of

Civil Procedure; and it is further

**ORDERED,** that the Warden, or other official in charge of the Gouverneur Correctional Facility,

located at 112 Scotch Settlement Road, Gouverneur, St. Lawrence County, New York, produce the

Plaintiff, RAKIM PAULIN (DIN # 18A0552), on a mutually agreed upon date between the parties

herein, on or before, July 9, 2021, in accordance with the deadline of this Courts June 4, 2021, Order

(*ECF Document Number 168*), at a suitable location within the Gouverneur Correctional Facility, for the

purpose of participating in a Court Ordered deposition. Attorneys for the Plaintiff, attorneys for the

Defendants, as well as a stenographer, shall also be present for said deposition.

Dated: 6/25/21

                                        SO ORDERED:

                                        Magistrate Judge, Hon. Paul E. Davison